AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN          DISTRICT OF          CALIFORNIA

UNITED STATES OF AMERICA

v.                                                              **APPEARANCE**

CHRISTOPHER GEORGE MILLER                      Case Number:  07MJ2453

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

CHRISTOPHER GEORGE MILLER

I certify that I am admitted to practice in this court. PRO HAC VICE.

| | |
|---|---|
| 10/16/2007 | /s/ LINDA LOPEZ |
| Date | Signature |
| | Linda Lopez/ Federal Defenders of SD — 177301 |
| | Print Name — Bar Number |
| | 225 Broadway, Suite 900 |
| | Address |
| | San Diego, CA  92101 |
| | City  State  Zip Code |
| | (619) 234-8467   (619) 687-2666 |
| | Phone Number   Fax Number |

**CERTIFICATE OF SERVICE**

      Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of her information and belief, and that a copy of the foregoing document has been served this day upon:

**U S Attorney CR**
Efile.dkt.gc2@usdoj.gov

Dated: October 16, 2007                          /s/ Linda Lopez
                                                                              LINDA LOPEZ
                                                                              Federal Defenders of San Diego, Inc.
                                                                              225 Broadway, Suite 900
                                                                              San Diego, CA 92101-5030
                                                                              (619) 234-8467 (tel)
                                                                              (619) 687-2666 (fax)
                                                                              e-mail: Linda_Lopez@fd.org