UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

RECEIVED
2007 OCT 19  A 12:22

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff | ) | CRIMINAL NO. 07mj2453 |
| vs. | ) | ORDER |
| Christopher George Miller | ) | RELEASING MATERIAL WITNESS |
| Defendant(s) | ) | Booking No. |

On order of the United States District/Magistrate Judge, **William McCurine, Jr.**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / Order of Court).

Teresa Lopez-Jarquin
AKA Yolanda Gomez-Rodriguez

DATED: 10-19-07

William McCurine, Jr.
UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____
            DUSM

OR

W. SAMUEL HAMRICK, JR.   Clerk
by _____
       Deputy Clerk