UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> Plaintiff ) <br> ) <br> vs. ) <br> Christopher George Miller ) <br> Defendant(s) ) | CRIMINAL NO. 07cr2928-W / 07mj2453 <br><br> ORDER <br><br> RELEASING MATERIAL WITNESS <br><br> Booking No. 05262298 |

On order of the United States District/Magistrate Judge, **William McCurine, Jr.**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / **Case Disposed** / Order of Court).

Yolanda Gomez-Rodriguez

DATED: 10-30-07

William McCurine, Jr.

UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____ OR
DUSM

W. SAMUEL HAMRICK, JR.  Clerk

by _____
Deputy Clerk