| | |
|---|---|
| 1 | KAREN P. HEWITT<br>United States Attorney |
| 2 | DALE BLANKENSHIP<br>Assistant U.S. Attorney |
| 3 | California State Bar No. 235960<br>United States Attorney's Office |
| 4 | 880 Front Street, Room 6293<br>San Diego, California 92101-8893 |
| 5 | Telephone: (619) 557-6199<br>Facsimile: (619) 235-2757 |
| 6 | Email: dale.blankenship@usdoj.gov |
| 7 | Attorneys for Plaintiff<br>United States of America |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Criminal Case No. 07cr2928-W |
|---|---|---|
| Plaintiff, | ) | |
| | ) | NOTICE OF APPEARANCE |
| v. | ) | |
| CHRISTOPHER GEORGE MILLER, | ) | |
| Defendant. | ) | |

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

I, the undersigned attorney, enter my appearance as lead counsel in the above-captioned case.

I certify that I am admitted to practice in this court or authorized to practice under CivLR 83.3.c.3-4.

The following government attorneys (who are admitted to practice in this court or authorized to practice under CivLR 83.3.c.3-4) are also associated with this case, should be listed as lead counsel for CM/ECF purposes, and should receive all Notices of Electronic Filings relating to activity in this case:

Name (If none, enter "None" below)

Dale Blankenship

| | |
|---|---|
| 1 | Effective this date, <u>the following attorneys are no longer associated with this case</u> and should <u>not</u> receive any further Notices of Electronic Filings relating to activity in this case (if the generic "U.S. Attorney CR" is still listed as active in this case in CM/ECF, please terminate this association): |

<u>Name</u> (If none, enter "None" below)

None

Please call me if you have any questions about this notice.

DATED:   December 12, 2007.

                                             Respectfully submitted,

                                             KAREN P. HEWITT
                                             United States Attorney

                                           s/ Dale Blankenship
                                           _____
                                           DALE BLANKENSHIP
                                           Assistant United States Attorney
                                           Attorneys for Plaintiff
                                           United States of America