1  ROBERT E. SCHROTH, JR, ESQ. (SBN 212936)
   2044 First Avenue, Suite 200
2  San Diego, California 92101
   Telephone: (619) 233-7521
3  Facsimile: (619) 233-4516

4  Attorney for Material Witness, Yolanda Gomez-Rodriguez

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Criminal Case No.: 07CR2928 |
| --- | --- |
| Plaintiff, | ) Magistrate Case No: 07MJ2453 |
| vs. | ) **Amended Order to Exonerate the Appearance Bond for the Material Witness and Disburse the Bond Funds** |
| GEORGE MILLER, | ) |
| Defendant. | ) |

## AMENDED ORDER

IT IS ORDERED that the personal surety bond for $15,000, which secured the presence of material witness Yolanda Gomez-Rodriguez, is exonerated.

IT IS FURTHER ORDERED that the Clerk of the District Court shall release and disburse the remaining $1,000 still held in the Registry of the Court to the surety:

Rufino Lopez-Falla
415 Grant St. Apt. 608
Oceanside, CA 92054

Dated: 12/18/07

_____
U. S. Magistrate Judge

- 1 -

Order to Exonerate the Appearance Bond for the Material Witness