1 | **GREGORY T. MURPHY**
California State Bar No. 245505
2 | **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
3 | San Diego, CA 92101-5008
(619) 234-8467/Fax: (619) 687-2666
4 | E-Mail: gregory_murphy@fd.org

Attorneys for Mr. Miller

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE THOMAS J. WHELAN)**

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 07CR2928-W |
| Plaintiff, | |
| v. | **NOTICE OF APPEARANCE AS LEAD ATTORNEY** |
| CHRISTOPHER GEORGE MILLER, | |
| Defendant. | |

Notice is hereby given by GREGORY T. MURPHY, Federal Defenders of San Diego, Inc., that:

\*\* I am replacing LINDA LOPEZ, as lead counsel on this case.

Respectfully submitted,

DATED: January 18, 2008

/s/ *Gregory T. Murphy*
**GREGORY T. MURPHY**
Federal Defenders of San Diego, Inc.
Attorneys for Mr. Miller
Gregory_Murphy@fd.org

**CERTIFICATE OF SERVICE**

Counsel for Defendant certifies that the foregoing is true and accurate to the best information and belief, and that a copy of the foregoing document has been caused to be delivered this day upon:

Courtesy Copy to Chambers

Copy to Assistant U.S. Attorney via ECF NEF

Copy to Defendant

Dated:  January 18, 2008                              */s/ Gregory Murphy*
GREGORY MURPHY
Federal Defenders of San Diego, Inc.
225 Broadway, Suite 900
San Diego, CA  92101-5030
(619) 234-8467  (tel)
(619) 687-2666  (fax)
gregory_murphy@fd.org